**FILED**
May 07, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ Joseph Hinojos _____
DEPUTY

AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS,    PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br>Kenneth Earl WILLIAMSON | **CRIMINAL COMPLAINT**<br><br>**Case Number:  PE: 26-MJ-183** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___5/2/2026___ in ___Brewster___ County, in the ___Western District Of Texas___ defendant(s) did, knowing and in reckless disregard of the fact that an alien, has come to, entered, and remained in the United States in violation of law, did transport, move or attempt to transport and move such alien within the United States in furtherance of such violation of law.

in violation of Title ___8___ United States Code, Section(s) ___1324(a)(1)(A)(ii)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_(signature)_
Signature of Complainant

**Complaint sworn to in my presence and signed electronically on this date.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

Manuel R. Garcia
Printed Name of Complainant

___5/7/2026___
Date

David Fannin                U.S. Magistrate Judge
Name & Title of Judicial Officer

at    Alpine, TX
City/State

_(signature)_
Signature of Judicial Officer

<u>AFFIDAVIT</u>

United States of America v.

**Defendants:**

1)  Williamson, Kenneth Earl

On May 2, 2026, the Brewster County Sheriff's Office (BCSO) conducted a traffic stop on a vehicle traveling northbound on Highway 385 due to an inoperable third brake light and unconfirmed insurance status. Border Patrol agents subsequently arrived on scene to assist BCSO with the stop. The driver of the vehicle, later identified as Kenneth Williamson, was accompanied by a female passenger in the front seat. When questioned about their relationship, the defendant appeared nervous and uneasy.

Agents conducted a non-intrusive free air sniff of the vehicle using their assigned K9, which resulted in a positive alert. At this point, the defendant was informed of the K9 alert and advised that a vehicle search would be conducted. Upon opening the rear doors, agents discovered four individuals lying down in the cargo area and three individuals in the middle row—a common tactic used by illegal aliens to conceal themselves from law enforcement.

Border Patrol agents conducted an immigration inspection of all occupants. All individuals freely and willingly admitted that they did not possess documentation to reside, live, or work in the United States. All occupants, including the defendant, were placed under arrest and transported to the Highway 385 checkpoint for further processing and disposition.

A post-Miranda interview was conducted with the defendant, during which he denied knowing that the individuals in his vehicle were illegal aliens and claimed they entered his vehicle without his consent.

Post-Miranda interviews were also conducted with two individuals, referred to as Matt Witt #1 and Matt Witt #2. Both stated that the defendant was aware of the smuggling scheme, as he stopped at the pickup location and honked for them to enter the vehicle. Matt Witt #1 and Matt Witt #2 positively identified the defendant as the driver from a six-pack photo lineup.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other Border Patrol agents.

Border Patrol Agent
Manuel Garcia

Honorable Judge David Fannin
United States Magistrate Judge